USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/14

RECEIVED
JUL 15 2014
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Bricetti, J. RR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

TAKARA PRENDERGAST,

                    Plaintiff,

-against-

ELMSFORD UNION FREE SCHOOL DISTRICT,
ANDREA HAMILTON, MARC BAIOCCO, and
ELLEN WHALEN,

                    Defendants.
----------------------------------------------------------X

Docket No. CV-11-5133 (VB)

**STIPULATION OF**
**DISCONTINUANCE**
**WITH PREJUDICE**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party hereto has an interest in the subject matter of this action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action, including all cross-claims, is hereby withdrawn, discontinued, and dismissed in its entirety with prejudice, without costs or attorneys' fees to any party as against another.

DATED: Carle Place, New York
          July 10, 2014

SUSSMAN & WATKINS

By: _____
MICHAEL SUSSMAN
*Attorneys for plaintiff*
1 Railroad Ave., Suite 3
Goshen, New York 10924
(845) 294-3991

SOKOLOFF STERN LLP

By: _____
MARK A. RADI
*Attorneys for defendants Elmsford*
*UFSD, Andrea Hamilton, and Marc Baiocco*
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 110074

1

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

By: _____
PETER FAZIO
*Attorneys for defendant* Ellen Whalen
600 Third Avenue
New York, New York 10016
(212) 593-5458

SO-ORDERED
_____
U.S.D.J.

July 16, 2014
White Plains, NY

2